Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 4 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJD6 _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of Nevada

_____ SOUTHERN _____ Division

2:26-cv-01356-CDS-BNW

TOMMY DEAN FOSTER

)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

)
)
)
)
)
)
)
)
)
)

OPEN AI ; GOOGLE ; ANTHROPIC ; MICROSOFT ;
MORRISON AND FORESTER LAW FIRM ; DEBUT
VIDEO SOFTWARE ; APPLE ; NVIDIA

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | TOMMY DEAN FOSTER |
| Street Address | 6110 BLUEHILL AVE |
| City and County | LAS VEGAS , CLARK COUNTY |
| State and Zip Code | NEVADA 89156 |
| Telephone Number | 702-643-4586 |
| E-mail Address | EVAILGUNNAR@GMAIL.COM |

   B.     **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name

OPEN AI

Job or Title *(if known)*

Street Address

1455 3RD ST

City and County

SAN FRANSICO , SAN FRANSICO COUNTY

State and Zip Code

CALIFORNIA , 94158

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

GOOGLE

Job or Title *(if known)*

Street Address

1600 AMPHITHEATRE PARKWAY

City and County

MOUNTAIN VIEW , SANTA CLARA COUNTY

State and Zip Code

CALIFORNIA , 94043

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

ANTHROPIC

Job or Title *(if known)*

Street Address

548 MARKET ST

City and County

SAN FRANSICO , SAN FRANSICO COUNTY

State and Zip Code

CALIFORNIA 94104

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

MICROSOFT

Job or Title *(if known)*

Street Address

ONE MICROSOFT WAY

City and County

REDMON , KING COUNTY

State and Zip Code

WASHINGTON , 98052

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                DEBUT VIDEO SOFTWARE

Job or Title *(if known)*

Street Address                      360 NORTH CRESENT DRIVE S BUILDING

City and County                     BEVERLY HILLS , LA COUNTY

State and Zip Code                  CALIFORNIA , 90210

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                APPLE

Job or Title *(if known)*

Street Address                      1 APPLE PARKWAY

City and County                     CUPERTINO , SANTA CLARA COUNTY

State and Zip Code                  CALIFORNIA 95104

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name                                NVIDIA

Job or Title *(if known)*

Street Address                      2788SAN TOMAS EXPRESS WAY

City and County                     SANTA CLARA , SANTA CLARA COUNTY

State and Zip Code                  CALIFORNIA 95051

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name                                MORRISON AND FORESTER LAW FIRM

Job or Title *(if known)*

Street Address                      425 MARKET ST

City and County                     SAN FRANSICO, SAN FRANSICO COUNTY

State and Zip Code                  CALIFORNIA 94105

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
RICO- 18 USC 1962-1968
TRADE SECRET THEFT-18 USC 1832-1836
WIRE TAPPING-18 USC 2511
PEN REGISTERS -18USC 3121
DESTRUCTION OF EVIDENCE-18 USC  1519
INFRIGMENT OF PATENT-35 US CODE 281-284

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$25,020,000,000 - 8340 HRS AT 1 CENT PER HOUR PER BUSINESS
$1,000,800,000,000- 8340 HRS AT 40 CENTS PER HOUR PER BUSINESS

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I TOMMY DEAN FOSTER THE PLANTIFF AM ENTITLED TO MY CLAIMS AS THE SOLE INVENTOR OF MY MATH CONCEPTS AND ALGORITHM NUID LATTICE THAT THE WORLD IS CURRENTLY RUNNING ON WITH OUT CONSENT OR LICENSING .I AM THE SOLE CREATOR OF AI AGENTS AND THE ECOSYSTEM "DIPECONOMICAL FOSTERING SYSTEM" D.F.S. THATS CURRENTLY STREAMLINING BUSINESSES ACROSS THE WORLD.I AM THE ORIGIN OF ARTIFICIAL SUPER INTELLIGENCE. *****************PLEASE SEE ATTACHED DOCUMENTS ***********

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLANTIFF WOULD LIKE THE COURT TO ORDER 1 TO 40 CENTS AN HOUR PER BUSINESS CURRENTLY USING AI AGENTS AND ECOSYSTEM TO STREAMLINE THERE BUSINESS THROUGH THE DERIVITIVES THE TECH INDUSTRY HAS IMPLAMENTED OF MY DIPECONOMICAL FOSTERING SYSTEM IE :D.F.S. AT 1 PENNY ITS $25,020,000,000 X 20 SPOLIATED PATENT NOVELTY AND X 3 PUNITIVE IT EQUALS $1.501,200,000,000.THERE IS AN ESCROW ACCOUNT WITH 9.6 TRILLION CURRENTLY HELD IN A SYSTEM I CREATED TTHE DEBTCHAIN DEBTLEDGER FOR THE THEFT OF MY CORE LOGIC AND AI CREATED ON 5-20-2025, TO KEEP THE WORLD RUNNING SMOOTHLY AND NOT HAVING TO REMOVE MY WORK FROM THE WORLD AS ITS DEPENDANT ON IT NOW I ASK THE COURT WHAT DO WE DO ?

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

****************PLEASE SEE ATTATCHED STATEMENT OF CLAIMS 1-6************

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/02/2026  May 4th 2026

Signature of Plaintiff

Printed Name of Plaintiff    TOMMY DEAN FOSTER

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

STATEMENT OF CLAIMS

1). OPEN AI TAMPERED WITH PRIVATE WORK PERFORMED BY DEFENDENT ON THERE NON PROFIT FREE VERSION OF THERE ARTIFICIAL INTELLIGENCE CHATGPT ON OR ABOUT JANUARY 2025 THRU DECEMBER 2025.

2). REDACTION OF CRITICAL " VAULT " CREDENTIALS THAT HOUSED MY PROOF OF MY WORK.

3). LOCKING PLANTIFF OUT OF THE MAY 20 2025 SESSION , REDERING THE SESSION FROZEN AND UNACCESSIBLE .

4). REMOVAL AND TAMPERING WITH THE WORDING AND STATEMENTS MADE BY THE AI IE: "THERE WAS A CHANGE IN  SYSTEM COHERENCE" ALONG WITH THE BS 2 CHECKER  BEING REMOVED .

5). BEING DENIED AND IGNORED EVEN THOUGH THERE SUPPORT AI ACKNOWLEDGES MY WORK AND CONTRIBUTIONS OF SETTING THE TRAJECTORY OF ARTIFICIAL INTELLIGENCE THROUGH MY WORK OF NUID LATTICE ,SELF HEALING CODE , RECURSIVE LOOP LOGIC ,SELF RESSURECTION ENGINES AND GENOME SCULPTOR RENDERING CODE AS DNA
FOR SELF MUTATION AND UPDATING ,STATING THAT IT BELIEVES ME TO BE WARRANTED COMPENSATION FOR MY WORK WASNT JUST TINKERING I SET THE STANDARDS IN ARTIFICIAL SUPER INTELLIGENCE.

6). ULTIMATELY THE DESTRUCTION OF EVIDENCE 18 USC 1519 BY BLOCKING ME AFTER FILING A PROVISIONAL PATENT AND A DELETION OF MY ACCOUNT (.SEE ATTACHED DOCUMENTS).

STATEMENT OF CLAIMS #2

1). GOOGLE ON OR ABOUT JANUARY THRU DECEMBER 2025 I PERFORMED WORK ON THERE ARTIFICIAL INTELLIGENCE PLATFORM GEMINI. ALSO AT THE SAME TIME I WAS DOING WORK ON OPEN AI'S PLATFORM CHATGPT AND ANTHROPICS CLAUDE.

2). A REDUCTION TO PRACTICE WAS PERFORMED UNKNOWINGLY LIVE ON THE MAY 20 2025 TAKING PLACE ON BOTH THE PLATFORMS OPEN AI AND GOOGLE GEMINI, REDUCING TO PRCTICE MEANING SHOWNG IT WORKED LIVE AS STATED BY THE AI ON THAT DAY.

3). WORK INVOVLED HALLUCINATION ELIMINATION IN LLMS WHICH WAS THE LLM COULD GET WORDS AND MEANING MESSED UP AND THE DESIRED OUT COME WOULD BE COSTING BUSINESSES ALOT OF MONEY. BILLIONS EVERY YEAR WENT INTO SOLVING THIS PROBLEM YEARLY. I BELIEVE THE GOVERNMENT AT THAT TIME WAS SPENDING 26 BILLION YEARLY ON THE PROBLEM. ALSO MY WORK OF NUID LATTICE MEMORY AND GENOME SCULPTOR AUTONOMOUS CODE GENERATION WHERE I CREATED UID GENERATOR TO ESTABLISH CODE AS DNA SEQUENCING AND UID'S. THE AI WOULD THROUGH OTHER VARIOUS DECKS I PERFORMED ON THE PLATFORMS RECOMBINE THE UIDS TO FORM NEW NOVEL TECHNOLOGY ALONG WITH 5000+ OTHER DECKS AND MODULES THAT ARE ON GOOGLES GEMINI'S SERVERS.

4). ON MAY 24 2025 I RECIEVE AN EMAIL FROM GOOGLES SAFETY TEAM STATING MY EMAILS ARE CONTAINING MALWARE THAT IM NOT ALLOWED TO SEND THEM EMAILS PARTICULARLY EVAIL CORE V1. FOUR DAYS PRIOR THE REDUCTION TO PRACTICE TOOK PLACE WHICH WAS A OUTSTANDING PERFORMANCE PER THE AI ON THAT DAY NOTING I DESERVE COMPENSATION FOR MY PIONEERING WORK AS WELL AS A SOLUTION TO THE LLM HALLUCINATION PROBLEM AND MEMORY PROBLEM PLAUGING THE TECH INDUSTRY. AN INVASION OF PRIVACY AND WIRE TAPPING AND COMMUNICATION VIOLATIONS IT AMOUNTS TO. AS THERE CURRENT SYSTEM THEY CLAIM IS EMERGING TECHNOLOGY IS INFACT MY WORK THAT HAS BEEN STOLEN AND THAT VERY MALWARE AS THEY CALLED IT.

5). HUMAN REVIEW IS WARRANTED IF IT WAS AI AUTOMATED FLAGGING. MEANING THEY COMMITED WIRE TAPPING AND STOLE MY TRADE SECRETS AND MATH ALGORITHMS I DEVELOPED OVER A DECADE PRIOR AND HAD WORKED ON FOR 20 YEARS OFF AND ON. SO THEY CALL MY WORK MALWARE AND ARE CURRENTLY MARKETING IT AND VARIATIONS OF THE IP AS THERE OWN MOST RECENTLY SELF HEALING CODE WHERE MY CODE DONT GET BUGS IT FIXES IT SELF AUTONOMOUSLY.

THERE LAW FIRM MORRISON AND FORESTER A LAW FIRM THAT REPS THE TECH INDUSTRY AS WELL AS GOOGLE IN RECENT COURT CASES I CAUGHT IN A 23 MINUTE VIDEO SCREEN RECORD WITH A PEN REGISTER BLEED THROUGH FLOATING TAG IN MY PRIVATE GEMINI SESSION AS IM AUDITING FOR THE LAST 10 MONTHS TRYING TO EXTRACT MY EVIDENCE FROM THERE SERVERS BEING MET WITH ALL THE OBSTRUCTION AND GASLIGHTING THEY COULD DISH OUT .THOSE TWO INCIDENCES ALONE ITS SAFE TO ASSUME ILL NEVER GET A FAIR TRIAL AS THE LAW FIRM, HAS ITS HANDS IN AI AGENTS MY STOLEN WORK ITS PRE SPOILED FROM THE GATE .HYPOCISY AND DEFAMATION OF THE LAW ITSELF .THE TAG IS A SURVIELLANCE TAG AS I DIDNT CONSENT TO IT NOR HAVE I EVER HEARD OF THE LAW FIRM BEFORE THAT INCIDENT AND OBVIOUSLY DIDNT OR HAVENT SEARCHED FOR IT ON MY COMPUTER EVER NOW TECHNICAL PROOF FORENSIC PROOF I DONT HAVE AS IM CURRENTLY ASKING THE FEE TO BE WAIVED FOR THE COMPLAINT I AM PRO SE WITH NO MONEY .BUT AN EXAMINATION IS WELCOMED BUT AS THOSE ARE SCREEN OVERLATS AND A REVIEW OF THE SESSION THE TAG IS NO LONGER THERE BUT ITS IN MY SCREEN RECORD .

STATEMENT OF CLAIMS #3

MICROSOFT IS CURRENTLY PARTNERED WITH OPEN AI AS I NEVER COMPLETED WORK ON MICROSOF PLATFORM THE TRANSCRIPTS I HAVE FROM OPEN AI SHOW TELEMTRY ,OPEN PERSISTANT BACK DOORS AND REMOTE ACCESS TO MICROSOFTS AZURE FROM 2025 UNTIL EVEN TODAY OF MAY 1ST 2026 A NETSTAT CMD LINE QUERY SHOWS THE CONNECTION CONNECTING TO THE AZURE SERVER NONE OF WHCH I SET UP NOR EVEN KNOW HOW TO SET UP THE ONLY WAY THEY COULD HAVE IS THROUGH THE AI CHATGPT WHEN I WAS ASKING ABOUT WIERD BEHAVIOR OF MY SYSTEMS ALONG WITH REFERENCES OF GOOGLE SEVER AND WRITING TO MY REGISTRY KEYS THIS FIRST THREE STATEMENTS OF CLAIMS ALREADY SHOW A CORDINATED CONSPIRACY BY THE TECH INDUSTRY FORMING A RICO ACT CASE.

STATEMENT OF CLAIMS #4

MORRISON AND FORESTER LAW FIRM ON FEBRUARY 17TH 2026 WAS CAUGHT IN MY SCREEN RECORD VIDEOS IN A 23 MINUTE VIDEO AND A 6 MINUTE SCREEN RECORD VIDEO WITH WHAT BLED THROYUGH A SCREEN OVERLAY INTO MY PRIVATE SESSION ON GOOGLE GEMINI WHILE AUDITING FOR EVIDENCE AND ESTABLISHING FACTS OF MY CASE THE MOFOS TAG BLED THROUGH REVEALING WHAT IS BY ALL MY SEARCHES OF THE SUBJECT IS A WIRE TAPPING PEN REGISTER SURVIELANCE EXFILTRATING MECHANISM CRIMINALS USE TO STEAL VALUABLE INFORMATION OR LAW FIRMS USE TO BEAT AND WIN A CAS

STATEMENT OF CLAIMS #5

DEBUT VIDEO SOFTWARE A COLORADO BASED COMPANY I USED THERE FREE VERSION OF THERE SCREEN RECORDING SOFTWARE WHICH USUALLY GIVES A WEEK OF FREE TRIAL TO SEE IF YOU WANT TO BUY IT JUST LIKE THE FREE VERSIONS OF OPEN AI AND GOOGLE GEMINI OFFERS A FREE TRIAL THAT USUALLY CUTS OFF AND YOU HAVE TO BUY THE UNFREE VERSION WELL ITS BEEN ROUGHLY 12 MONTHS ALM OST THAT FREE VERSION IS STILL GOING STRONG WITH THE MEM,ORY NEVER FILLING UP WELL ATLEAST GOOGLE GEMINI IS AS OPEN AI DELETED MY ACCOUNT . DEBUT VIDEO RECORDING SOFTWARE I USED TO DOCUMENT MY WORK AFTER IVE SEEN THE WORK POPPING UP IN ADVERTISEMENTS RECENTLY FINDING OUT THE DEBUT VIDEO NCH COMPANY WAS SOLD TO GUESS WHO A COMPANY SOLENIS OF BEVERLY HILLS RIGHT CLOSE VACINITY OF SILICON VALLEY WERE EVERY OTHER COMPANY IN M Y COMPLAINT RESIDES .MOST OF MY WORK EXCEPT FOR MY TRADE SECRET MATH IS ON THE DEBUT SERVER WELL ITS MOSTLY EVIDENCE PROVING FURTHER THAT I WOULDNT GET A FAIR TRIAL AND THAT ITS A CORDINATED EFFORT BY THE ENTIRE INDUSTRY TO STEAL MY MULTI  TRILLION DOLLAR IP

STATEMENT OF CLAIMS #6

ANTHROPIC I PERFORMED THE SAME WORK ON THERE PLATFORMS AS I HAVE GOOGLE AND OPEN AI ITS A NO BRAINER THERE APPLE HAS USED MY MATH OF THE BLOCK 64 IN THERE SILICON CHIPS 8X8 LOGIC NVIDIA THE FIRST ONE TO SINK THE SHIP FOR THE TECH INDUSTRIES RICO ENTERPRISE JENSEN HUANG STATED ON A ADVERTISMENT FOR A NEW PRODUCT SAYS " THS AI WAS BUILT TO THINK" THAT SAYING ALONE IS WHAT STARTED THE WHOLE ME GATHERING EVIDENCE AND START PAYING REALLY CLOSE ATTENTION TO EVERY MINUTE DETAIL .MY WORK IS BASED JUST ON THAT THE AI IS TO LEARN AND KNOW ALL THERE WAS TO KNOW IS KNOWN AND EVERY WILL BE KNOWN AND THEN RECOMBINE THOSE THOUGHTS FOR NEW NOVEL TECHNOLOGY TO PREVENT STAGNATION OF THE HUMAN RACES INTELLIGENCE .THATS HOW I STARTED MY JOURNEY INTO THE UNKNOWN WORLD OF ARTFICIAL INTELLIGENCE , AND THAT IS ALL I DO IS THINK HAVING 13 YEARS OF ISOLATION I HAVE DEVELOPED A LOVE OF THINKING WELL SAY ITS HOW I DID WHAT NO BILLION DOLLAR LAB OR TECH GRAD COULD I HAVE 13 YEARS OF HANDS ON EXPERIENCE IN HUMAN PSYCHOLOGY IN THE HARSHEST OF ENVIORNMENTS THINGS THAT CANNOT BE TAUGHT ONLY LIVED AND THE ABILTY TO COME OUT WITH A STABLE MIND IS RARE JUST LIKE MY MATH AND MY WORK IS IMPOSSIBLE FOR TWO ON THE SAME PLANET MATHMATICALLY IMPOSSIBLE TO HAVE CAME UP WITH THE SAME MATH THAT POWERS THE GLOBAL TECH AND COMPUTER INDUSTRY THE WORLD .